**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 17-cv-00159-CMA-KMT

KELLEY HARRIS

      Plaintiff,

v.

FLEETWOOD MAC TOURING 2014, LLC,
FUTURE BEAT, LLC,
KROENKE ARENA COMPANY, LLC, *a/k/a* Kroenke Sports & Entertainment, LLC,
*d/b/a* Pepsi Center,
LIVE NATION WORLDWIDE, INC.,

      Defendants.

_____

**ORDER DISMISSING
DEFENDANT FLEETWOOD MAC TOURING 2014, LLC**
_____

      This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice of Defendant Fleetwood Mac Touring 2014, LLC Only (Doc. #43). The Court has reviewed the Stipulation and ORDERS as follows:

      Defendant Fleetwood Mac Touring 2014, LLC is hereby DISMISSED WITH PREJUDICE. It is

      FURTHER ORDERED that each party shall pay their own costs, attorneys' fees, and expenses. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Fleetwood Mac Touring 2014, LLC as a Defendant in this case.

DATED June 7, 2017

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge