IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-00159-CMA-KMT

KELLEY HARRIS

    Plaintiff,

v.

FUTURE BEAT, LLC,
KROENKE ARENA COMPANY, LLC, *a/k/a* Kroenke Sports & Entertainment, LLC, *d/b/a* Pepsi Center, and
LIVE NATION WORLDWIDE, INC.,

    Defendants.

___

## ORDER OF DISMISSAL WITH PREJUDICE
___

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 56). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED: October 31, 2017

                                                  BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Judge